Robert J. McWhirter, Bar # 012283
Law Offices of Robert J. McWhirter
PO Box 26666
Tempe Arizona 85285
Robert.McWhirter@RobertJMcWhirter.com
Telephone: (480) 980-0696
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>vs.<br><br>James Toadvine Jr.,<br><br>     Defendant. | No: 2:15-cr-01535-DJH-1<br><br>**MOTION TO MODIFY SENTENCE** |

Mr. James Toadvine, though counsel, requests this Court clarify the 12-month sentence imposed upon him on July 18, 2016. Under the Federal Sentencing Guidelines, this fits into Zone C allowing for a split sentence of imprisonment and other form of community confinement including home arrest. Mr. Toadvine requests this court allow for him to serve his sentence in this fashion.

The factors of sentencing at 18 USC § 3553(a) justify this clarification. Splitting Mr. Toadvine sentence would punish him sufficiently "but not greater than necessary, to comply with the purposes" of sentencing under the statute. Mr. Toadvine asked this court to consider the following:

*(1) the nature and circumstances of the offense and the history and characteristics of the defendant;*

1

*(2) the need for the sentence imposed—*
   *(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;*

Mr. Toadvine has been punished severely already.

This is Mr. Toadvine's first offense. He has served his country in the Coast Guard and up until this incident had a stellar work record with the Bureau of Prisons. What occurred here was a onetime incident that destroyed the life he had until that point built.

At sentencing the victim, through her representative, asked the Court for probation. The government agreed. Undersigned counsel presumes the victim would not object to this motion. Mr. Toadvine is not a sexual predator.

The victim gave conflicting accounts of what occurred her and the Presentence Report reflects the worse one for Mr. Toadvine. Part of her statement may be conflagrated with the rape she suffered from Officer Mendoza, not Mr. Toadvine.

Mr. Toadvine thought this was a real friendship and he wanted to help the victim after her release. This does not minimize his crime but does put it in perspective. Undersigned counsel has contacted the victim's representative to ask her position on this motion and if she wishes to clarify her statement as to what occurred with him.

*(B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant*

Mr. Toadvine must register as a sex offender. From all indications, including the PSR, this appears to have been a one-time incident. He thought he had a friendship with the victim and wanted to help her. He readily admitted to the inappropriate contact. But, nothing indicates Mr. Toadvine will ever repeat this conduct or that he will be anything other than a law abiding citizen.

At sentencing it was clear that neither the victim, the PSR writer, nor the prosecutor believe he will committee another crime.

2

*(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;*

      Mr. Toadvine's prospects for continued employment are much more difficult now. Mr. Toadvine may be able to get some training while incarcerated but in reality it will be very difficult for him, as with any incarcerated former officer.  Mr. Toadvine's whole family is better off with him spending part of his time in home detention or in a half-way house.  From there he can seek employment and support his family.  Given the victim's position at sentencing, she would not oppose this.

Mr. Toadvine does not request a lower sentence but merely that the Court allow him to spend half of his sentence in a halfway house or home confinement.  This split sentence would serve the goals of §3553(a).

      AUSA Galye L. Helart takes no position on this motion.

      RESPECTFULLY SUBMITTED August 10, 2016.

                                            By "s/" *Robert J. McWhirter*
                                            Law Offices of Robert J. McWhirter
                                            *Attorney for Defendant*

The foregoing was e-filed on August 10, 2016.

COPIES of the foregoing sent to:
Gayle L. Helart, AUSA
2 Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4408

3